LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE MILES,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**BLUEGREEN VACATIONS UNLIMITED, INC.**<br><br>Defendant. | Case No. 1:16-cv-00937-LJO-JLT<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 24th day of August, 2016.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 24th day of August, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jennifer L. Thurston
United States District Court
Eastern District of California

Nancy Stagg
Foley & Lardner LLP

This 24th day of August, 2016.

s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2