1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   KYLE MILES, et al.                              Case No.: 1:16-cv-00937 LJO JLT

12            Plaintiffs,                            ORDER AFTER NOTICE OF SETTLEMENT

13       v.                                          (Doc. 8)

14   BLUEGREEN VACATIONS UNLIMITED,
     INC.
15
              Defendants.
16

17        On August 24, 2016, the plaintiff notified the Court that "the parties reached an agreement on

18   the material terms of a class action settlement." (Doc. 8)  He reports that the parties will file a

19   stipulation of dismissal within 60 days.  The notice fails to detail whether the settlement seeks to

20   resolve the issues of the class or only of the representative plaintiff.  Thus, the Court **ORDERS**:

21        1.    In the event the settlement purports to settle the action as to the class, the motion for

22   preliminary class certification **SHALL** be filed no later than **October 21, 2016**;

23        2.    In the event, the settlement purports to settle only the clams of the representative

24   plaintiff, the stipulation settling and dismissing the matter SHALL be filed no later than **October 21,**

25   **2016**. The stipulation **SHALL** set forth facts upon which the Court may determine whether the

26   representative plaintiff has fulfilled his fiduciary duty to the absent class and to ensure the compromise

27   is not collusive or prejudicial to the absent class members. Diaz v. Trust Territory of Pacific Islands,

28

1  876 F.2d 1404, 1408 (1989)[1];

2          2.       All pending dates, conferences and hearings are **VACATED**.

3          **The parties are advised that failure to comply with this order may result in the Court**

4  **imposing sanctions, including the dismissal of the action.**

5

6  IT IS SO ORDERED.

7      Dated:     **August 30, 2016**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] In ordering the stipulation to provide this additional information, the Court does not determine that the 2003 amendment to Fed. R. Civ. P. 23(e) has not overruled <u>Diaz</u>.  However, in the absence of instruction by the Ninth Circuit and the ongoing requirement by other courts to require conditional certification, the Court will require this additional information.